IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>MICHAEL JAMES SANDS,<br><br>        Defendant. | 4:13CR3082<br><br>MEMORANDUM AND ORDER |

IT IS ORDERED:

1) The defendant's motion to review detention, (filing no. 54), is granted.

2) The defendant shall comply with all terms and conditions of supervised release which were imposed at sentencing except as follows:

> The defendant shall be released to reside at NOVA, Omaha, Nebraska and participate in that facility's substance abuse treatment program. The defendant shall fully comply with the requirements of defendant's treatment plan and all rules of the NOVA facility. If the defendant is discharged from the facility for any reason whatsoever, or leaves the premises of the facility without authorization, the United States Marshal, and/or any law enforcement officer is ordered to take the defendant into custody and detain the defendant pending a prompt hearing before the court.

3) The defendant shall arrive at NOVA by 1:00 p.m. on August 14, 2014. The Marshal shall release the defendant to a representative of the Federal Public Defender's Office for timely transport to NOVA. Defense counsel shall contact the Marshal to make convenient transportation arrangements in accordance with the interests of all parties concerned.

August 11, 2014.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge